## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Aldo | F5319413 | ROBINSON | 443 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 4/30/23   1525 | 36 CFR 261.5 (b) |

Place of Offense

Molino Basin Shooting Area

Offense Description: Factual Basis for Charge    HAZMAT ☐

Use of incendiary AMMUNITION
(Firing from shotgun)

### DEFENDANT INFORMATION    Phone (

| Last Name | First Name | M.I. |
|---|---|---|
| SOBCLYNSKI | MICHAEL | J. |

Street Address

■■■■■■■■■■■■■■■■■■■■■■■■■

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
405 W. CONGRESS
TUCSON AZ 85701

Date (mm/dd/yyyy) 6-2-23
Time 900

My signature signifies that I have received a copy of the violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _[signature]_

Original - CVB Copy

*F5319413*

Previous edition is obsolete    FS-5300-4 (1/2020)

CVB SCAN 05/12/2023 9:48

NOV - 1 2023 FILED RECEIVED / LODGED / COPY

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 05/12/2023 9:48

CVB SCAN 05/12/2023 9:49

For NOV # F5319413

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state than on __May 2, 2023__ while exercising my duties as a law enforcement officer in the Judicial_ District of Arizona,

I, Special Agent Brent Robinson, was conducting a wildland fire cause and origin investigation on the Coronado National Forest, Santa Catalina Ranger District on Mt. Lemmon Highway near milepost 4 when I was shown a video recording of what appears to have been an unknown older white male starting the wildfire by shooting incendiary ammunition which ricochets and immediately starts numerous fires on the public lands.  Two witnesses at the shooting area that day (April 30, 2023) were video-recording and the unknown older white male came up to them and asked if he could shoot at their homemade target with his shotgun.  They agreed and filmed as he shot 5 times from shotgun with flaming incendiary ammunition.  Immediately after he finished shooting they notice numerous fires had been ignited on the national forest which were not burning before he shot the incendiary ammunition from his shotgun.  They all left the area, and the unknown man called 911 to report the fire.  The two witnesses called the sheriff's office as well and said they had video proof of the start of the fire and shared this video with US Forest Service Law Enforcement and Investigations personnel.  The video was shared with me and we used it to assist in identifying a few fire origin locations to document for our report.  We also used the video by including it in an issued press-release with the request for the public to help identify the shooter.  Several tips were received the next day which identified the shooter as Michael SOBCYNSKI of Tucson, AZ.  In following these tips, I was able to get several people to positively identify the man in the witness video as SOBCYNSKI, including his employer.  I also obtained the 911 call log and the first call was placed by phone number ████████with the caller refusing to give his name.  I database check of that phone number evidenced it was registered to Michael SOBCYNSKI.  I arranged contact with SOBCYNSKI by leaving a business card with his employer and he agreed to speak with me at his apartment on May 3, 2023.  SOBCYNSKI was shown a still picture from the video, and the video itself, and he commented that it made him look "fat"!  SOBCYNSKI was hesitant at first but did finally admit that he was there the day the fire started, that he did "unknowingly" load his shotgun with 5 incendiary shotgun shells that he just randomly grabbed from his ammunition stash, that he knew he was being recorded shooting the younger men's target, and that the fire began immediately after he shot his shotgun.  SOBCYNSKI stated he did not mean to start the fire and called 911 immediately as he safely left the area.  Based upon my observations, the observation and reports of others, and my interviews, I issued two citations to Michael SOBCYNSKI for violating 36 CFR 261.5b --- Firing Incendiary Ammunition, and 36 CFR 261.5c – Causing trees, brush, and grass to burn except as authorized by permit, pursuant to my authority under 16 USC 551 & 559.

X  my personal observation      X  my personal investigation

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __5/5/23__            _Brent Robin_
                 Date              Officer's Signature

probable cause has been stated for the issuance of a warrant.

Executed on: _____
     Date        U.S. Magistrate Judge

## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Ade | F5319414 | Robinson | 443 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 4-30-2023  1525 | 36 CFR 261.5 c |

Place of Offense

Molino Basin Shooting Area

Offense Description: Factual Basis for Charge          HAZMAT ☐

CAUSING A WILDFIRE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SOBLYNSKI | MICHAEL | J |

Street Address

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT →
www.cvb.uscourts.gov

$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 405 W. CONGRESS  TUCSON, AZ 85701 | 8-2-23 |
| | Time  9:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

Previous edition is obsolete

*F5319414*

FS-5300-4 (1/2020)

NOV - 1 2023

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

_____ my personal observation          _____ my personal investigation

_____ information supplied to me from my fellow officer's observation

_____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

23-mj-9176-MAA

CVB SCAN 05/12/2023 9:48

CVB SCAN 05/12/2023 9:48

For NOV # F5319414

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state than on __May 2, 2023__ while exercising my duties as a law enforcement officer in the Judicial District of Arizona,

I, Special Agent Brent Robinson, was conducting a wildland fire cause and origin investigation on the Coronado National Forest, Santa Catalina Ranger District on Mt. Lemmon Highway near milepost 4 when I was shown a video recording of what appears to have been an unknown older white male starting the wildfire by shooting incendiary ammunition which ricochets and immediately starts numerous fires on the public lands. Two witnesses at the shooting area that day (April 30, 2023) were video-recording and the unknown older white male came up to them and asked if he could shoot at their homemade target with his shotgun. They agreed and filmed as he shot 5 times from shotgun with flaming incendiary ammunition. Immediately after he finished shooting they notice numerous fires had been ignited on the national forest which were not burning before he shot the incendiary ammunition from his shotgun. They all left the area, and the unknown man called 911 to report the fire. The two witnesses called the sheriff's office as well and said they had video proof of the start of the fire and shared this video with US Forest Service Law Enforcement and Investigations personnel. The video was shared with me and we used it to assist in identifying a few fire origin locations to document for our report. We also used the video by including it in an issued press-release with the request for the public to help identify the shooter. Several tips were received the next day which identified the shooter as Michael SOBCYNSKI of Tucson, AZ. In following these tips, I was able to get several people to positively identify the man in the witness video as SOBCYNSKI, including his employer. I also obtained the 911 call log and the first call was placed by phone number ███████ with the caller refusing to give his name. I database check of that phone number evidenced it was registered to Michael SOBCYNSKI. I arranged contact with SOBCYNSKI by leaving a business card with his employer and he agreed to speak with me at his apartment on May 3, 2023. SOBCYNSKI was shown a still picture from the video, and the video itself, and he commented that it made him look "fat"! SOBCYNSKI was hesitant at first but did finally admit that he was there the day the fire started, that he did "unknowingly" load his shotgun with 5 incendiary shotgun shells that he just randomly grabbed from his ammunition stash, that he knew he was being recorded shooting the younger men's target, and that the fire began immediately after he shot his shotgun. SOBCYNSKI stated he did not mean to start the fire and called 911 immediately as he safely left the area. Based upon my observations, the observation and reports of others, and my interviews, I issued two citations to Michael SOBCYNSKI for violating 36 CFR 261.5b – Firing Incendiary Ammunition, and 36 CFR 261.5c – Causing trees, brush, and grass to burn except as authorized by permit, pursuant to my authority under 16 USC 551 & 559.

X my personal observation      X my personal investigation

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __5/5/23__
                    Date                    Officer's Signature

probable cause has been stated for the issuance of a warrant.
Executed on: _____
    Date          U.S. Magistrate Judge